## ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| CMS Corp/TolTest JV IV | )  ASBCA No. 60547 |
| | ) |
| Under Contract No. N69450-10-D-1271 | ) |

APPEARANCE FOR THE APPELLANT:   R. Dale Holmes, Esq.
                              Cohen Seglias Pallas Greenhall &
                                 Furman PC
                              Philadelphia, PA

APPEARANCES FOR THE GOVERNMENT:   Ronald J. Borro, Esq.
                                 Navy Chief Trial Attorney
                                 David M. Marquez, Esq.
                                 Trial Attorney

### OPINION BY ADMINISTRATIVE JUDGE OSTERHOUT

Pursuant to an Alternative Dispute Resolution/mediation process, the parties have settled the referenced appeal and have jointly filed a "Request for Entry of Consent Judgment" (Request), dated 4 February 2018. Accordingly, it is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $546,804.93. This amount is inclusive of Contract Disputes Act interest. No further interest shall be paid.

Dated: 5 February 2018

HEIDI L. OSTERHOUT
Administrative Judge
Armed Services Board
of Contract Appeals

I concur

RICHARD SHACKLEFORD
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I concur

OWEN C. WILSON
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals


I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 60547, Appeal of CMS Corp/TolTest JV IV, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals